FILED

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

07 JUL -9 AM 9:43

| Mark Robert Gates | )  |
|---|---|
| **PLAINTIFF** | ) |
| *[Type or print your name on the line above]* | ) |
| | ) |
| | ) |
| | ) |
| v. | ) |
| | ) |
| Starbucks Corporation | ) |
| **DEFENDANT** | ) |
| *[Type or print only the name of the first* | ) |
| *person you are suing. List everyone you* | ) |
| *are suing on page 2.]* | ) |

FOR

Cause No. ☐ **07CV016**

*[Leave this blank, the clerk will
supply the cause number when
your case is received.]*

## COMPLAINT
## 42 U.S.C. § 1983

### I. PARTIES

A. PLAINTIFF *[You are the plaintiff in this lawsuit. Neatly print or type your information below.]*

Gates v. Starbucks Corporation et al

1.

| Name: First | Middle | Last |
|---|---|---|
| Robert | | Gates |

2. What is your address: 915 Ridgewood Drive, Apt 6

Allen County, Fort Wayne, IN 46805-5723, United States of America

Phone number ( 260 ) 487-6157

B. DEFENDANT(S) How many defendants are you suing: 18

Doc. 1

[The defendants are the people you are suing. Print or type the defendant's name, job title, the state or local government agency the defendant works for, and the address of that government agency. Remember to include the defendant you named in the caption on page one. If you are suing more than one defendant, <u>number</u> them.]

Revised 5/2/06

| # | Defendant's Name | Job Title/Government Agency | Work Address |

| 1. | 18 Total: presently named defendants, see: Appendix a.1.Defedants List, Pages 1-5 |
|----|----|

## II. CAUSE(S) OF ACTION WITH SUPPORTING FACTS

Write why you are suing each defendant. Write who, what , when , where, and how you believe your rights were violated. It is **VERY IMPORTANT** that you use each defendant's name in describing what happened to you. If you do not write what each defendant did, the court will not know why you are suing and that defendant will be dismissed.

Explain what constitutional or federal law right, privilege or immunity each defendant violated. Do not cite or quote cases or statutes. If you want to make legal arguments or citations, you must file a separate memorandum of law. Do not attach it to this complaint.

Write a new paragraph for each violation. Name each defendant involved in that violation.
**Number your paragraphs.**

| 1. See Appendix A. Pages 1-4 |
|---|
| 2. See Appendix 1.B.a - Appendixes, Page 5 |
| 3. See Appendix 1.B.b - Appendixes, Page 5 |
| 4. See Appendix 1.B.c - Appendixes, Page 5 |
| 5. See Appendix 1.B.d - Appendixes, Page 5 |
| 6. See Appendix 1.B.e - Appendixes, Page 5 |
| 7. See Appendix 1.B.f - Appendixes, Page 5 |
| 8. See Appendix 1.B.g - Appendixes, Page 5 |
| 9. See Appendix 1.B.h - Appendixes, Page 5 |
| 10. See Appendix 1.B.i - Appendixes, Page 5 |
| 11. See Appendix 1.B.j - Appendixes, Page 5 |
| 12. See Appendix 1.B.k - Appendixes, Page 6 |
| 13. See Appendix 1.B.l - Appendixes, Page 6 |
| 14. See Appendix 1.B.m - Appendixes, Page 6 |
| 15. See Appendix 1.B.n - Appendixes Page 6 |
| 16. See Appendix 1.B.o - Appendixes, Page 6 |
| 17. See Appendix 1.B.p - Appendixes, Page 6 - See Attached Plaintiff Resume - Appendixes, Page 11 |
| 18. See Appendix 1.B.q - Appendixes, Page 6 |
| 19. See Appendix 1.B.r - Appendixes, Page 6-7 |

## Cause(s) of Action with Supporting Facts (continued)

| 20 | See Appendix 1.B.s - Appendixes, Page 7 |
|----|------------------------------------------|
| 21 | See Appendix 1.B.t - Appendixes, Page 7 |
| 22 | See Appendix 1.B.u - Appendixes, Page 7 |
|    |  |
|    |  |
|    |  |
|    |  |
|    |  |
|    |  |
|    |  |
|    |  |
|    |  |
|    |  |

## III. PREVIOUS LAWSUITS

Have you ever sued anyone for the same things you wrote about in this complaint?
☐ NO   ☐ YES – *[Print or type the following information about the case. Attach additional sheets if there is more than one prior case.]*

Court: _____

Judge: _____ Docket Number: _____

Date filed: _____ Date closed: _____

## IV. RELIEF

Write exactly what you want the court to do for you. This court cannot order that a defendant be fired, investigated, or criminally prosecuted.

| 1 | See Appendix 1.C.a - Appendixes, Page 8 | |
|----|------------------------------------------|---|
| 2 | See Appendix 1.C.b - Appendixes, Page 8 | |
| 3 | See Appendix 1.C.c - Appendixes, Page 8 | |
| 4 | See Appendix 1.C.d - Appendixes, Page 8 | |
| 5 | See Appendix 1.C.e - Appendixes, Page 8 | |
| 6 | See Appendix 1.C.f - Appendixes, Page 8 | |
| 7 | See Appendix 1.C.G - Appendixes, Page 8 | |
| 8 | See Appendix 1.C.h - Appendixes, Page 9 | |
| 9 | See Appendix 1.C.i - Appendixes, Page 9 | |
| 10 | See Appendix 1.C.J - Appendixes, Page 9 | |
| 11 | See Appendix 1.C.k - Appendixes, Page 9 | |
| 12 | See Appendix 1.C.l - Appendixes, Page 10 | 13. See Appendix 1.C.m - Appendixes, Page 10 |

Revised 5/2/06                    3

## V. VERIFICATION AND SIGNATURE

## **Initial Each Statement and Sign at the Bottom**

`Yes` I have included two properly completed summons forms (available from the clerk) for each defendant I am suing, including full name, job title and work address.

I have included one properly completed process receipt and return form (USM-285) (available from the U.S. Marshal) for each defendant I am suing.

`Yes` In addition to this complaint with an original signature, I have included one copy of this complaint for each defendant and one extra for the court.

`Yes` I have included full payment of the filing fee **OR** attached a properly completed petition to proceed *in forma pauperis* (available from the clerk). `Yes` I agree to promptly notify the clerk of any change of address.

`Yes` I have read all of the statements in this complaint. *[Do not forget to keep a copy for your records.]*

`Yes` I declare **under penalty of perjury** that the foregoing is true and correct.

Signed this ___2___ day of ___July___, 20__07__.

Your Signature

Mail all of these papers to:     Fort Wayne Division Clerk's Office
1300 S. Harrison Street
Room 1108
Fort Wayne, IN 46802

1.] Starbucks Corporation; Internationally, Nationally and in Indiana

CEO Jim McDonald, and, all past, present and future employees

Starbucks Corporation Office Building

2401 Utah Avenue South, Suite 800

Seattle, WA 98134


2.] Park Center, Fort Wayne, Indiana, including Carriage House, Clubhouse

CEO Paul Wilson,

and, all past, present and future employees

Excepting: Sheri Diedrich, Katherine Lyon, Vanessa Jones-Premer, and Jodi - dog therapy

909 East State Blvd., Fort Wayne, IN 46805


3.] Healing Arts Associates

Dr. Rebecca Minser, or Administrator,

and, all past, present and future associates and employees

3622 New Vision Drive

Fort Wayne, IN 46825


4.] Dr. David T. Holmes M.D.,

and, all past, present and future employees

7224 Engle Road

Fort Wayne, IN 46804

5.] Wells Fargo International, Nationally, and in Fort Wayne, Indiana

CEO Dick Kovacevich,

and, all past, present and future employees

Excepting: Nancy Bean

3 New York Plaza

New York, NY 10004


6.] National Alliance on Mental Illness (NAMI), Nationally, and in Fort Wayne, Indiana

President Suzanne Vogel-Scibilia

and, all past, present and future employees, and members

Excepting: Teresa Hatten and Nancy Bean

Colonial Place Three

2107 Wilson Blvd., Suite 300, Arlington VA 22201-3042


7.] Indiana University Purdue University Fort Wayne (IPFW)

Chancellor Michael Wartell,

and, all past, present and future employees, and students

2101 East Coliseum Blvd.

Fort Wayne, IN 46805


8.] Ivy Tech State College Fort Wayne

President Mr. Jon Rupright,

and, all past, present and future employees, and students

3800 North Anthony Blvd.

Fort Wayne, In 46805

9.] Parkview Hospital/Parkview Behavioral Health (Formerly Lindenview Mental Hospital)

President Duane Erwin,

and, all past, present and future employees

2200 Randallia Drive

Fort Wayne, IN 46805


10.] The Salvation Army, Nationally and in Fort Wayne, Indiana

Commander Israel L. Gaither,

and, all past present and future employees, and members/clientele

615 Slaters Lane, Human Resources

Alexandria, VA 22313


11.] United States Department of Justice

Director Kenneth E. Melson EOUSA, and, all past, present and future employees

U.S. General Services Administration, Office of Citizen Services and Communications

Suite G-142, 1800 F. Street, NW.

Washington, DC 20405


12.] Alberto Gonzales, U.S. Attorney General,

and, all U.S. Attorneys, and, all past, present and future employees

U.S. General Services Administration, Office of Citizen Services and Communications

Suite G-142, 1800 F. Street, NW.

Washington, DC 20405

13.] Comcast Cablevison - Main Office

CEO Brian Roberts,

and, all past, present and future employees

940 Prospect Street

Trenton, NJ 08618


14.] Microsoft Corporation, Internationally and Nationally

CEO Steve Balmer,

and, all past present and future employees

One Microsoft Way

Redmond, WA 98052


15.] Yahoo.com, Internationally and Nationally

CEO Terry S. Semel,

and, all past, present and future employees

1065 Avenue of the Americas, Floor 29

New York, NY 10018


16.] Amazon.com, Internationally and Nationally

CEO Jeffery P. Bezos,

and, all past, present and future employees

21 Roadway Drive

Carlisle, PA 17015

17] United States Department of Veterans Affairs; Office of Vocational Rehabilitation

Veterans Affairs Secretary Jim Nicholson, Nationally, and in Fort Wayne, Indiana,

and all past, present and future employees

U.S. General Services Administration, Office of Citizen Services and Communication

Suite G-142, 1800 F. Street, NW.

Washington, DC 20405


18] Goodwill Industries International, Nationally and in Fort Wayne, Indiana

President and CEO Roland R. Blahnik,

and, all past, present and future employees

15810 Indianola Drive

Rockville, MD 20855

1.A] COMPLAINT

1.A.a] When a child living in Fort Wayne, Indiana, from 1959-1962, Plaintiff was the victim of child rape, and intimidations by persons involved, who were upset over financial arrangements with his family.

1.A.b] Plaintiff's father, and co-conspirators, committed further injustice, by conspiring to deprive plaintiff of, all civil rights.

1.A.c] This conspiracy, has since been made known to any who want to know, by plaintiffs father, and, mother, and, siblings, and, their children, and, any co-conspirators.

1.A.d] All, defendants listed have joined said conspiracy, as co-conspirators, with intent to carry out its objectives, and with complete knowledge of original intent of first, co-conspirators.

### *1.B] THIS CONSPIRACY AND ALL CO-CONSPIRATORS SEEK TO DEPRIVE PLAINTIFF, OF HIS:*

1.B.a] Equal protection of the laws of the United States and any State therein.

1.B.b] Legal remedy, financial success, life, liberty and happiness by: preventing or hindering the constituted authorities of the United States and any State or Territory from giving or securing to all persons within such State or Territory the equal protection of the laws, by preventing defendants/co-conspirators arrest or incarceration or execution or defeat in any civil actions.

1.B.c] Legal remedy, financial success, life, liberty and happiness by: preventing by force, intimidation, or threat, plaintiff who is lawfully entitled to vote, from giving his support or advocacy in a legal manner, toward or in favor of the election of any lawfully qualified person as an elector for President or Vice President, or as a Member of Congress of the United States; or to injure any citizen in person or property on account of such support or advocacy.

1.B.d] Legal remedy, financial success, life, liberty and happiness by: obstructing justice: intimidating plaintiff, witnesses, or jurors in the United States or any State or Territory by conspiracy to deter, by force, intimidation, or threat, all parties and witnesses in any court of the United States from attending such court, or from testifying to any matter pending therein, freely,

fully, and, truthfully, and, to cause injury to plaintiff, or, witnesses, in their persons, or, property, on account of their having so attended, or, testified, and, to influence the verdict, presentment, or, indictment of any grand, or, petit juror in any such court, or, to injure such juror in his person, or, property, on account of any verdict, presentment, or, indictment, lawfully assented to against defendants/co-conspirators, by, or, of their being, or, having been such juror.

1.B.e] Legal remedy, financial success, life, liberty and happiness by: all defendants having co-conspired for the purpose of impeding, hindering, obstructing, or defeating, in any manner, the due course of justice in any State or Territory, with intent to deny to plaintiff the equal protection of the laws, and to injure plaintiff in his property for lawfully enforcing, or attempting to enforce, the right of any person, or class of persons, to the equal protection of the laws.

1.B.f] Legal remedy, life, liberty, happiness, and lifelong and Godly marriage by: murdering any woman or women who will, want, to, or would marry plaintiff. And, did so once, by: participating in the capital murder of Pamela Sue Byer, on July 25, 2004, by suggesting to her that she, die, if she loves, or, chooses plaintiff, as a husband, held plaintiff, or, kissed plaintiff. After, deciding to marry plaintiff, and, kissing plaintiff, Pamela, who was diagnosed with schizo-affective disorder, then, was caused to, choke, and, aspirate, herself to death, on a piece of broccoli, by: use of this implanted suggestion that she die if she loved, kissed, held, or, wanted to marry plaintiff.

1.B.g] Legal remedy, financial success, life, liberty and happiness by: causing the death of one other individual by luring plaintiff as a child into allowing a hypnosis session in which they suggested plaintiff wreck plaintiff's car by falling asleep at the wheel. Plaintiff resisted this suggestion until working nights, and, being told not to consume caffeine by other subsequent co-conspirators, and, while being placed on psychiatric medications by co-conspirators known to make a person drowsy, and, not being instructed until after accident not to take such medications before going to work, and, while working nights could not remain awake while driving to work.

Plaintiff in deprived sleep state, while driving to work, gave in and allowed car to crash. Plaintiff saw no other vehicles ahead on road, and, could not stay awake, and, believed car would cross road, and, hit a tree, not another vehicle. Instead, plaintiff was severely injured by crash, head-on of another vehicle, and, driver of other vehicle was then killed.

1.B.h] Legal remedy, financial success, life, liberty and happiness by: causing severe physical, psychological, mental, emotional, and, spiritual, traumas, to injure plaintiff's, well being, and, by: harm caused by making false claims about plaintiff's religious beliefs, and, practices.

1.B.i] Legal remedy, financial success, life, liberty and happiness by: blacklisting plaintiff, or, any others working with plaintiff, from: finding employment, self-employment, success as a singer, musician, actor, actress, model, writer, photographer, and, making successful movies and films.

1.B.j] A married life: plaintiff's: life, liberty and happiness of any lifelong and Godly marriage.

1.B.k] Legal remedy, financial success, life, liberty and happiness by: interfering with intent to end any and all plaintiff's romantic involvements, plaintiff's personal relationships, plaintiff's close personal relationships in which plaintiff, and, any other parties mean a lot to each other, as well as, all plaintiff's friendships, and, plaintiff's interpersonal relationships.

1.B.l] Legal remedy, financial success, life, liberty and happiness by depriving plaintiff of: access to, or, successful use of, all essential health care services.

1.B.m] Legal remedy, financial success, life, liberty and happiness by: the use of false accusations of plaintiff and witnesses of committing crimes.

1.B.n] Legal remedy, financial success, life, liberty, and happiness by: demeaning, insulting and slandering plaintiff, or, any others, in any personal involvements, or, working relationships, to prevent plaintiff from receiving respect, trust, admiration, and, love of any and all other persons.

1.B.o] Legal remedy, financial success, life, liberty and happiness by: causing plaintiff to experience unnecessary hardship and suffering, and, by attacking plaintiffs person in his private home, and, home security, by attacking, and, trespassing on plaintiffs private computer property.

1.C] ACTION REQUESTED

1.C.a] Plaintiff seeks: action against any co-conspirators, at any point where they are known.

1.C.b] Plaintiff seeks: any monetary damages where plaintiff was harmed financially by blacklisting, public or private demeaning of plaintiff, insults and slanders of plaintiff.

1.C.c] Plaintiff seeks: damages where it can be shown defendants/co-conspirators engaged in self-enrichment, and, furthering their careers by blacklisting of plaintiff, or, of others, public or private demeaning of plaintiff, or, of others, insults of plaintiff, or, of others, and, slanders of plaintiff, or, of others, and, by claims any defendants/co-conspirators: can/could/will/would have, or be, able to do, or, have done, any job/employment, or, any other paid position, better than plaintiff, or any others working with him, with any, and, all proper training, and, education.

1.C.d] Trial Judge, be given power to convict any person decided to be, or found guilty of a crime, during any court proceedings, by citation of any evidence used to arrive at that decision.

1.C.e] After being found guilty of any crime or crimes, a sentencing hearing will be convened to determine sentence of those decided to be, or found guilty of committing any crime or crimes.

1.C.f] Arrest and incarceration for life, or death by execution, of any defendants/co-conspirators who participated in the death of Pamela Sue Byer, and, the other unfortunate soul whose car was struck by the first co-conspirators programming instructions being followed.

1.C.g] Arrest and incarceration for life, or death by execution, of any defendants/co-conspirators who had physical contact with any woman, or, women: in any attempt to dissuade her/s from lifelong and Godly marriage to plaintiff.

1.C.] Plaintiff seeks: public, health safety and welfare, and personal health, safety, welfare and protection from any form of harm, for himself, and, any future wives, family, and, loved ones, friends, close personal friends, and, acquaintances: wherein there will be no threat in any form existing from/by/through: the free-will exercise, individual power, or collective power of any of those who are decided to be, or, found guilty of being: perpetrating defendants/co-conspirators.

Appendix 1.B.a] All listed defendants, between 1959-Present, made frequent claims toward, legal superiority, by falsely accusing plaintiff of crimes, in the interest of deprivation of his lawful rights.

Appendix 1.B.b] All listed defendants, created fabrications, together about their actions, between 1959-Present, toward achieving an illegal/unlawful, resistance/arrest/evaded, to avoid prosecution.

Appendix 1.B.c] All listed defendants, between 1959-Present, made false claims about plaintiff's relationships with women, and have now invoked those false claims, in an attempt to prevent plaintiff from working with Senator Clinton, on her present, presidential campaign.

Appendix 1.B.d] All listed defendants, have threatened plaintiff, or others with harm, between 1959-Present, in attempts to deter plaintiff, from successful prosecution of their actions.

Appendix 1.B.e] All listed defendants, between 1959-Present, made frequent attempts to harass and intimidate plaintiff, in attempts to vacate, plaintiff's work toward, equal access to law enforcement.

Appendix 1.B.f] All listed defendants, between 1959-Present, made egregious attempts to dissuade plaintiff from a, Godly and loving marriage, by threatening harm to any woman who married plaintiff. On July 25, 2004, plaintiff's first love was murdered, in just such fashion, as threatened.

Appendix 1.B.g] All listed defendants pursued, between 1959-Present, multiple, egregious attempts to cause mental confusion, in plaintiff, in attempts to cause accidents. In December of 2000, plaintiff was induced to fall asleep at wheel of car, and a driver of another vehicle, was killed.

Appendix 1.B.h] All listed defendants, between 1959-Present, made false claims about plaintiff's, religious beliefs and practices, and participated in a public: spiritual, emotional, psychological, mental, and economic, crucifixion, of plaintiff, for his religious beliefs and practices.

Appendix 1.B.i] All listed defendants, between 1959-Present, made an egregious effort to blacklist plaintiff from finding successful employment, or enjoying financial success, to the point of causing plaintiff to experience a, desert island, economic condition, and poverty.

Appendix 1.B.j] All listed defendants, between 1959-Present, demeaned plaintiff's relationships with women, in egregious attempts to prevent plaintiff, from finding, Godly and loving marriage.

Appendix 1.B.k] All listed defendants, between 1959-Present, demeaned plaintiff's relationships with women, in egregious attempts to prevent plaintiff, from experiencing romantic involvements, or successful interpersonal relationships, with women.

Appendix 1.B.l] All listed defendants, between 1959-Present, made egregious attempts to keep, plaintiff impoverished, to avoid plaintiff's finding successful, well-being, and physical, and psychological, healthiness, through successful professional treatments.

Appendix 1.B.m] All Listed defendants, between 1959-Present, made egregious false accusations, toward a co-conspirator goal of convincing mass public, of plaintiff having, or possessing criminal tendencies, and/or, attitudes.

Appendix 1.B.n] All listed defendants, between 1959-Present, made egregious, slandering remarks in attempts to dissuade others, from, giving love and comfort to plaintiff.

Appendix 1.B.o] All listed defendants, between 1959-Present, made unnecessary hardship, a way of life for plaintiff, and caused, or attacked plaintiff in his private home, or caused trespassing to occur on plaintiff's private home computers, by identifying his personal computer, and singling him out.

Appendix 1.B.p] Evidence of blacklisting occurring, is evidence plaintiff has been blacklisted, as no one would engage in blacklisting, if plaintiff was, virtually unemployable.

See, attached plaintiff resume, at end of, Appendix section, Appendixes Page 11.

Appendix 1.B.q] Evidence of defendants/co-conspirators, acting in each others defense, or in any manner, including dissemination of lies and deceit, to prevent plaintiff from successful prosecution of their actions, is evidence, those persons, as benefactors of such actions, are co-conspirators, as well.

Appendix 1.B.r] Any, items of which, are public knowledge, are evidence, such as:

A. Blacklisting occurring, or being suggested, or attempted, or carried out.

B. Threats, being made by a person, against another person, or another's property.

C. Intimidations of a person, against another person.

D. Intimidations of a person, against any witnesses.

*E*. Force under duress, of a person, to require another person to carry out their actions, or make statements, about or to plaintiff, against their will.

*F*. Retaliation, of a person, against another person.

*G*. Sexual harassment, of a person, against another person.

*H*. False accusations, of a person, of a crime being committed, against a person, or a person's property, by plaintiff, another person, or any witnesses.

*I*. Recruitment, to engage, or attempted recruitment, to engage, in a criminal or civil conspiracy, to interfere with and deprive plaintiff, of civil rights, of a defendant, or co-conspirator.

Appendix 1.B.s] False, accusations, of defendants/co-conspirators, of crimes being committed by plaintiff, and/or, any personal relationships of plaintiff, and/or, any compatriots of plaintiff, constitute evidence of defendants/co-conspirators, egregious attempts, to interfere with and deprive plaintiff of, all civil rights.

Appendix 1.B.t] Even, though all employees, past present and future, of all/each corporation, public entity, or private entity, may not be co-conspirators. A known tactic so far, of known co-conspirators, has been, to enlist under duress, a known compatriot, and/or, personal relationship of plaintiff, to forward their demands, intimidations and threats, after plaintiff broke off communication, with co-conspirators.

Appendix 1.B.u] All compatriots, and/or, personal relationships of plaintiff, communicated such, under duress communications, to plaintiff, at plaintiff's request, and confirmed being enlisted under duress, to communicate such, to plaintiff, for co-conspirators.

Relief Requested by Plaintiff:

Appendix 1.C.a] Plaintiff seeks action, against all co-conspirators, at any point where they can be, discovered, to exist, or found, to exist.

Appendix 1.C.b] Plaintiff seeks, any monetary damages, where plaintiff, was harmed financially by blacklisting, public or private demeaning of plaintiff, or insult and slanders of plaintiff.

Appendix 1.C.c] Plaintiff seeks any monetary damages where it can be shown defendants/co-conspirators engaged in self-enrichment, and/or, furthering of their careers by blacklisting of plaintiff, or of others, public or private demeaning of plaintiff, or of others, insults and slanders of plaintiff, or of others, and by claims, any defendants/co-conspirators, can/could/will/would/have/or, be able to do so/or, have done, their job/employment better than plaintiff, or any others working with him could have done, with all proper training and education.

Appendix 1.C.d] In the event of a settlement, this is a settlement, of, back pay to plaintiff.

Appendix 1.C.e] In the event there is a settlement, plaintiff requests, this is a settlement of due back pay as result of blacklisting, and plaintiff requests, this settlement of back pay will not be seen as an award of excessive recrudesce over ordinary income, and will be seen as due back pay, by this court, and taxable as ordinary income, in April of the year following such a settlement.

Appendix 1.C.f] In the event of a settlement in which only some parties/defendants/co-conspirators reach a partial settlement, plaintiff requests, only those participating financially in such a settlement, be released from all civil charges against them, by plaintiff.

Appendix 1.C.g] In the event of a settlement being reached, totaling, in the amount of $100,000,000,350.00, for/of, a total back pay, settlement in this case, for blacklisting and court costs, to plaintiff, since, all parties did not settle out of court. This, amount then, only, is a to be considered a complete settlement of, only, all civil charges against all existing, defendants/co-conspirators. And, those defendants/co-conspirators, in court as defendants acknowledge, all co-conspirators, in existence, are not presently defendants before this court, and however, are parties to this settlement.

Appendix 1.C.h] Plaintiff, cannot accept monies as payment for settlement of, criminal charges, of intimidation, assault, battery, attempted assault, attempted battery, attempted murder, murder, child rape, and conspiracy to commit all, before listed crimes, and other serious heinous crimes, as, U.S Code, law, will not allow this, nor will plaintiff be seen as intending to seek payment, or attempting to do so.

Appendix 1.C.i] No personal friends, close personal friends, personal relationships, and/or, compatriots, of plaintiff, removed from being defendants, or said, not to be co-conspirators, in this case, by plaintiff, are to be considered to be, defendants/co-conspirators.

Appendix 1.C.J] To reach a settlement, IPFW, and Ivy Tech State College, agree to expunge all of plaintiff's, academic records, and, IPFW, and Ivy Tech State College, agree to repay all of plaintiff's, outstanding student loans, including all those presently in default, in full, as a result of their part in this conspiracy.

Appendix 1.C.k] To reach a settlement, IPFW, and Ivy Tech State College, agree to pay for all courses, books, and materials, for those courses, of which, plaintiff, and/or plaintiff's: wife/s, wishes to attend, in the future, with no restrictions.

1.C.k.1.} In order to require, there will be no further attempts to restrict plaintiff's, and/or plaintiff's: wife/s, educational, and social activities, on any Indiana University, or Purdue University, and/or any Ivy Tech State College campus'.

1.C.k.2.} In order to ensure, Indiana University, Purdue University, and/or Ivy Tech State Colleges', will no longer receive, and process, known false complaints, from those individuals, or groups, or co-conspirators, who have actually committed a crime against plaintiff, and/or plaintiff's: wife/s.

1.C.k.3.} This agreement with plaintiff, will not be construed as plaintiff's, and/or, plaintiff's: wife'/s', requesting to take courses, without proper prerequisite courses, and/or courses offered, only for degree fields of which plaintiff, and/or plaintiff's: wife/s, is not pursuing, as this would be further error, not progress, in this regard.

Appendix 1.C.l] Plaintiff, will remain free, to pursue, any criminal charges, convictions, and

sentences, against any individual persons, or, employees, or, groups of persons, or, groups of

employees, or, co-conspirators, or, groups of co-conspirators, working at any of these companies,

and/or, public entities, and/or, private entities, past, present, and, future.

Appendix 1.C.m] Plaintiff can at no time surrender his civil rights, to another person, or, group of

persons.


*Please see, Plaintiff's Resume on Following, Appendixes, Page 11*

**Mark Robert Gates**
915 Ridgewood Drive, Apt 6
Fort Wayne, IN 46805-5723
1-(260) 387-6157  mark.robert.gates@comcast.net

## Objective

Seeking an opportunity in computer office network efficability and utilization training, design, set-up and maintenance, where computer training, skills and experience, will increase efficability, to benefit of an employer.

## Experience

Skills from Experience: Strong interpersonal skills, delivering and receiving orders, stocking, delivering parts to customers, interacting with customers, dealing with customer complaints, and working with errorless invoice and document accuracy. Food preparation skills: setup before work and cleanup after, computerized cash registers, operating espresso machines. Cutting, proofing, baking, frying, and finishing of donuts, and Danish to employer specifications. Following all food, health, safety, sanitation and cleanliness guidelines.

Skills from Coursework: Business Law, Human Resource Management, Organizational Behavior, Marketing Management and Strategy, Media Communication and Production, Economics, Accounting, A+ Certification study, Digital Electronics: computer design, structure, programming, repair, troubleshooting, installation, utilization, efficability training, and research. Suitability and capability of hardware: security, document production, multimedia, gaming, and suitability and capability of software: Windows 98, XP Professional/Media Edition, XP x64 Professional, Word, Excel, Access, Publisher, PowerPoint, FrontPage.

## Employment History

2004 – Present, **National Alliance on Mental Illness, NAMI** - Fort Wayne, Indiana: Mental Healthcare Peer-To-Peer Trainer; options counseling and assisting in making informed mental healthcare decisions.

April 2005 – September 2005, **Pro Resources** – Fort Wayne, Indiana: File Clerk; corrected misfiling, while maintaining new filing.

1998 – 2004, **Daylight Donuts** - Fort Wayne, Indiana:  Baker; donut prep and customer service.

1996 – 1997, **Ridge Auto Parts** - Fort Wayne, Indiana: Delivery driver w/errorless accuracy.

## Education

**Anthis Career Center** - Fort Wayne, Indiana
A+ Certification, Computer Repair and Troubleshooting.

**Ivy Tech State College** - Fort Wayne, Indiana
Business Management, Digital Electronics, and Computer Programming.

**IPFW** - Fort Wayne, Indiana
English and Business Management.

**Taylor University** - Fort Wayne, Indiana
Old Testament Survey, New Testament Survey, Pauline Epistles, and Systematic Theology.

## Volunteer

1996-1997  **American Red Cross** – Fort Wayne, Indiana
Volunteer Clerical Assistant, in the First Aid, CPR and Lifeguard Training, department.